UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:04-CV-536**

| | |
|---|---|
| U.S. SHIP MANAGEMENT, INC., ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES MARITIME ) | |
| ADMINISTRATION, *et al*, ) | |

THIS MATTER is before the Court on its own motion. The record shows that bond in the amount of $1,000 is being held by this Court [see doc. 13 and docket entry dated October 16, 2004]. On December 14, 2004, this case was transferred to the United States District Court for the District of Columbia [see doc. 47].

It is this Court's intention to return the $1,000 bond to Plaintiff U.S. Ship Management. Defendant United States Maritime Administration IS HEREBY ORDERED to show cause if there is any reason why this bond should not be returned. If the Court does not receive a response from the Defendant within 15 days from the date of this order, the bond will be returned to Plaintiff.

IT IS SO ORDERED.

Signed: November 20, 2006

Graham C. Mullen
United States District Judge